Maverick A. Young
WITSEC Informant
ACP# 600013581
LDS Record # 002-2694-4692
1001 E 62nd Ave Apt. 1695
Denver, CO
80216

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*1:29 pm, Nov 27, 2023*
JEFFREY P. COLWELL, CLERK

November 14, 2023

Clerk of Court
Byron G. Rogers Courthouse
1929 Stout Street
Denver, CO 80294

Civil Complaint for Discrimination and Denial of Medical Assistance

Dear Clerk of Court,

I, Maverick A. Young, bring forth this civil complaint against the Church of Jesus Christ of Latter-day Saints, hereinafter referred to as the "Defendant," on the grounds of discrimination and the deliberate denial of medical assistance. I seek justice through this legal action.

**Parties**
Plaintiff: Maverick A. Young
Defendant: Church of Jesus Christ of Latter-day Saints

**Jurisdiction and Venue**
This Court has jurisdiction over this matter under the relevant federal statutes and regulations. The venue is proper in this district due to the circumstances surrounding this case.

**Background**
As a devoted member of the Church of Jesus Christ of Latter-day Saints, I have consistently identified as asexual and deliberately refrained from associating myself with the male gender. Despite my unwavering commitment to the Church, intentional discrimination and the refusal of necessary medical, financial, and spiritual assistance have led to harm to my overall well-being. In my current state of frailty, I implore the court to ensure the Church treats me with the compassion I

deserve in my final days on this earth. I am reliant on medical peptides to manage multiple conditions and medical cannabis for cPTSD. I request the court to order the Church to provide the same assistance as they would to any other member in their final days.

**Allegations**

**4.1 Discrimination**
The Defendant, with full knowledge of my asexual identity and my non-association with the male gender, engaged in discriminatory conduct by systematically denying me access to the same level of medical assistance extended to other members. This discriminatory treatment has resulted in significant emotional distress and tangible harm to my overall well-being.

**4.2 Denial of Medical Assistance**
I have systematically been denied access to medical support provided to other members in similar situations. This unjust denial has led to unwarranted suffering and placed my health at risk due to the Defendant's refusal to provide essential medical support.

**Blatant Attack on Well-being**
The Defendant's actions constitute a direct and unambiguous attack on my overall well-being, as their intentional discrimination and denial of medical assistance directly impact my physical and mental health.

**Relevant Cases**
I reference established legal precedents to substantiate my claim of intentional discrimination and the denial of vital medical assistance.

**Damages**
The Defendant's actions have resulted in substantial damages to my emotional and physical well-being, in addition to potential financial losses arising from medical expenses and emotional distress.

**Prayer for Relief**

I respectfully request the following relief:

1. A declaratory judgment affirming that the Defendant's actions were discriminatory and violated my rights under the law.

2. Compensatory damages for the harm caused to my well-being, emotional distress, and medical expenses.
3. Injunctive relief to ensure that the Defendant discontinues discriminatory practices and provides equal access to essential medical assistance.
4. Attorney's fees and associated costs incurred in pursuing this legal action.
5. Any other relief this Court deems just and proper in light of the circumstances.

**Waiver of Fees and Service of Summons**
I request the Court to waive all fees associated with this case, and I further request the Court to waive the service of summons. I, Maverick A. Young, undertake to effectuate service and provide the required certificate of service via email.

**Summary Judgment**
In the interest of judicial economy and to expedite the resolution of this matter, I request the Court to consider issuing a summary judgment based on the pleadings and evidence presented.

**Jury Demand**
I request a trial by jury on all issues that are triable in this matter.

**Respectfully Submitted**
Under penalty of perjury, I solemnly affirm that the above statements are true and accurate to the best of my knowledge.

Sincerely,

Maverick A. Young